UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**NATISHA RIESKE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No: 5:25-cv-51-PGB-PRL**

**INSURANCE PIPELINE, INC.,**

    **Defendant.**

## ORDER

Pursuant to the FLSA Scheduling Order, within 45 days of the filing of Defendant's verified summary and the exchange of documents, the parties are directed to meet and confer in person in a good faith effort to settle all pending issues. (Doc. 16 at ¶5). And then within 10 days of the settlement conference, counsel shall jointly file a report regarding settlement. (Doc. 16 at ¶6). A review of the docket shows that while Defendant filed its verified summary on May 6, 2025 (Doc. 23), counsel has not filed the requisite report regarding settlement, and the deadline to do so has passed. On or before **September 15, 2025**, the parties shall show cause why sanctions should not be imposed for their failure to comply with the FLSA Scheduling Order.

DONE and ORDERED in Ocala, Florida on September 3, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record