UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**NATISHA RIESKE,**

    **Plaintiff,**

**v.**                                                                        **Case No: 5:25-cv-51- PGB-PRL**

**INSURANCE PIPELINE, INC.,**

    **Defendant.**

## ORDER

The Court previously entered an order to show cause why sanctions should not be imposed for the parties' failure to file a settlement report as required by the Court's FLSA Scheduling Order. (Doc. 24). The parties responded (Docs. 25, 26) and on September 12, 2025, they filed their joint report regarding settlement advising that they had not settled the case but wished to continue settlement discussions for thirty days. (Doc. 27). Pursuant to the Court's Scheduling Order:

> 7. If the Report Regarding Settlement filed by the parties relates to continued settlement discussions or an additional settlement conference, then within 10 days of exhausting those settlement efforts the parties shall file a Case Management Report (which generally can be found on the Court's website under the appropriate Judge's name) that is signed by counsel for all parties and pro se parties.

(Doc. 16 at ¶7).

To date, the parties have neither sought additional time for settlement discussions, nor have they filed a Case Management Report.

- 2 -

Accordingly, on or before **November 3, 2025**, the parties shall advise the Court regarding the status of their settlement discussions, and if their settlement efforts have been exhausted, the parties shall file a Case Management Report.

DONE and ORDERED in Ocala, Florida on October 27, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record