UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**NATISHA RIESKE,**

     Plaintiff,

**v.**                                                                                   **Case No: 5:25-cv-51-PGB-PRL**

**INSURANCE PIPELINE, INC.,**

     Defendant.

_____

**ORDER**

Pursuant to the FLSA Scheduling Order, within 45 days of the filing of Defendant's verified summary and the exchange of documents, the parties are directed to meet and confer in person in a good faith effort to settle all pending issues. (Doc. 16 at ¶5). And then within 10 days of the settlement conference, counsel shall jointly file a report regarding settlement. (Doc. 16 at ¶6).

On September 3, 2025, the Court directed the parties to show cause why sanctions should not be imposed for their failure to file the joint settlement report as required by the FLSA Scheduling Order. (Doc. 24). In response, the parties advised that they had been engaged in settlement discussions and requested thirty additional days to continue their settlement efforts. (Docs. 26, 27). Since then, the parties have filed a joint report every month stating that they wish to continue settlement discussions for thirty more days. (Docs. 29, 30, 31, 32, 33, 34, 35). This has resulted

- 2 -

in an effective stay of the parties' obligation to file a case management report for more than eight months.

While the Court appreciates that settlement discussions can take time, the discussions in this case have dragged on for too long with no end in sight. Accordingly, on or before **June 8, 2026**, the parties shall either: (1) advise the Court that they have reached a settlement and file a joint notice of dismissal of this action or a settlement agreement for approval; or (2) advise the Court that settlement efforts have been exhausted and file their joint case management report.

DONE and ORDERED in Ocala, Florida on May 22, 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Truist Bank
Empower Retirement
8515 East Orchard Rd.,
Greenwood Village, CO 80111